IN THE UNITED STATES DISTRICT COURT
<u>FOR THE WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA

-v-                                                                       25-MR-6193-CJS
                                                                                25-CR-6137-CJS

RAYMOND HARDY,

                 Defendant.

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, upon the affirmation of Assistant United States Attorney Matthew T. McGrath, filed under seal, the undersigned will move this Court before the Honorable Charles J. Siragusa, United States District Court Judge, in Rochester, New York, on November 10, 2025 at 1:00 p.m., for an Order sealing portions of a plea-related document in this case, and for such other relief as may be proper.

Dated:   Rochester, New York
          November 5, 2025

                                                    Respectfully submitted,

                                                    MICHAEL DiGIACOMO
                                                    United States Attorney

                       By:    s/MATTHEW T. MCGRATH
                            Assistant United States Attorney
                            Western District of New York
                            500 Federal Courthouse
                            100 State Street
                            Rochester, New York 14614
                            585/263-6760
                            Matthew.McGrath@usdoj.gov